| | |
|---|---|
| 1 | JEFFER MANGELS BUTLER & MITCHELL LLP |
| | LOUISE ANN FERNANDEZ (Bar No. 86263) |
| 2 | MICHAEL J. HASSEN (Bar No. 124823 ) |
| | AN NGUYEN RUDA (Bar No. 215453) |
| 3 | 1900 Avenue of the Stars, Seventh Floor |
| | Los Angeles, California  90067-4308 |
| 4 | Telephone:   (310) 203-8080 |
| | Facsimile:   (310) 203-0567 |
| 5 | |
| 6 | Attorneys for Defendants GHILOTTI BROS, INC. and GHILOTTI BROTHERS CONSTRUCTION, INC. |
| 7 | ROSEN BIEN GALVAN & GRUNFELD LLP |
| | GAY CROSTHWAIT GRUNFELD (Bar No. 121944) |
| 8 | KATHRYN G. MANTOAN (Bar No. 239649) |
| | JENNY S. YELIN (Bar No. 273601) |
| 9 | 315 Montgomery Street, Tenth Floor |
| | San Francisco, CA 94104-1823 |
| 10 | Telephone: (415) 433-6830 |
| | Facsimile: (415) 433-7104 |
| 11 | |
| 12 | ELISA J. STEWART – 219557 |
| | WENDY E. MUSELL – 203507 |
| | STEWART & MUSELL, LLP |
| 13 | 351 California Street, Suite 700 |
| | San Francisco, California  94104 |
| 14 | Telephone:   (415) 593-0083 |
| | Facsimile:   (415) 520-0920 |
| 15 | |
| 16 | Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 19 | JOSE RAMIREZ, LUIS GOMEZ, and MARCK MENA ORTEGA on behalf of themselves and all other persons similarly situated, | CASE NO.  3:12-cv-04590-CRB |
| 20 | | **STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE AND PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT** |
| 21 | | |
| 22 | Plaintiffs, | |
| 23 | v. | |
| 24 | GHILOTTI BROS, INC., a corporation; GHILOTTI BROTHERS CONSTRUCTION, INC., a corporation, and DOES 1 through 50, inclusive, | |
| 25 | | |
| 26 | Defendants. | |

PRINTED ON RECYCLED PAPER

STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE AND MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

1  WHEREAS, the parties have agreed to conduct a Mediation at the Judicial
2  Arbitration and Mediation Services ("JAMS") on January 11, 2013;
3  WHEREAS, Plaintiffs filed their Motion for Leave to File Second Amended
4  Complaint (Dkt. No. 18) on December 7, 2012;
5  WHEREAS, the parties stipulated that the time for the hearing on the Motion
6  for Leave to File Second Amended Complaint be shortened so that it may be heard on
7  January 4, 2013 in conjunction with the Case Management Conference as then
8  scheduled, and to accommodate the Mediation (*see* Dkt. No. 18-3);
9  WHEREAS, the stipulation to shorten time on the Motion for Leave to File the
10 Second Amended Complaint was not signed by the Court, and the Motion for Leave
11 to File the Second Amended Complaint is set for January 11, 2013;
12 WHEREAS, the Court ordered the Case Management Conference in this action
13 originally set for January 4, 2013 be continued to January 11, 2013;WHEREAS, the
14 Case Management Conference and Motion hearing set for January 11, 2013 pose a
15 conflict with the Mediation scheduled by the parties;
16 WHEREAS, the parties have been unable to identify any other date agreeable
17 to all parties and the mediator on which the Mediation could be rescheduled, payment
18 has been tendered for the Mediation, and multiple individuals from both parties
19 cleared scheduling conflicts so that they might attend the Mediation and make a good
20 faith effort at resolution of this matter;
21 NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and
22 between the parties to the above-captioned action, through their respective counsel, as
23 follows:
24 The hearing on Plaintiffs' Motion for Leave to File Second Amended
25 Complaint and the Case Management Conference will be continued to January 18,
26 2013.

- 2 - STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE AND MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

PRINTED ON RECYCLED PAPER

IT IS SO STIPULATED.

DATED: December 20, 2012     ROSEN BIEN GALVAN & GRUNFELD LLP
GAY CROSTHWAIT GRUNFELD
KATHRYN G. MANTOAN
JENNY S. YELIN

By: */s/ Gay Crosthwait Grunfeld*
    GAY CROSTHWAIT GRUNFELD

Attorneys for Plaintiffs

DATED: December 20, 2012     JEFFER, MANGELS, BUTLER & MITCHELL LLP
LOUISE ANN FERNANDEZ
MICHAEL J. HASSEN
AN NGUYEN RUDA

By: */s/ An Nguyen Ruda*
    AN NGUYEN RUDA

Attorneys for Defendants GHILOTTI BROS., INC. and GHILOTTI BROTHERS CONSTRUCTION. INC.

- 3 -     STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE AND MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

# [~~PROPOSED~~] ORDER

The Court, having reviewed the above Stipulation of the parties, and good cause appearing, hereby orders as follows:

The hearing on Plaintiffs' Motion for Leave to File Second Amended Complaint and the Case Management Conference is hereby continued to January 18, 2013.

IT IS SO ORDERED.

DATED: December 21, 2012



_____
Charles R. Breyer
Judge of the United States District Court

- 4 - STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE AND MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

PRINTED ON RECYCLED PAPER