GAY CROSTHWAIT GRUNFELD – 121944
KATHRYN G. MANTOAN – 239649
BLAKE THOMPSON – 255600
JENNY S. YELIN – 273601
ROSEN BIEN GALVAN & GRUNFELD LLP
315 Montgomery Street, Tenth Floor
San Francisco, California  94104-1823
Telephone:    (415) 433-6830
Facsimile:    (415) 433-7104
Email:        ggrunfeld@rbgg.com
              kmantoan@rbgg.com
              bthompson@rbgg.com
              jyelin@rbgg.com

ELISA J. STEWART – 219557
WENDY E. MUSELL – 203507
STEWART & MUSELL, LLP
351 California Street, Suite 700
San Francisco, California  94104
Telephone:    (415) 593-0083
Facsimile:    (415) 520-0920
Email:        estewart@stewartandmusell.com
              wmusell@stewartandmusell.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE RAMIREZ, LUIS GOMEZ, and MARCK MENA ORTEGA on behalf of themselves and all persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GHILOTTI BROS., INC., a corporation; and DOES 1 to 50, inclusive,<br><br>Defendants. | Case No. C-12-4590-CRB<br><br>**STIPULATION AND ORDER VACATING DATES FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Judge:   Hon. Charles R. Breyer |

1    WHEREAS, on October 4, 2013, this Court entered an order granting preliminary

2    approval to the parties' Class Action Settlement, directing Plaintiffs to file a motion for

3    final settlement approval no later than December 13, 2013, and setting a Final Fairness

4    Hearing for December 27, 2013; and

5    WHEREAS, the parties currently have a dispute regarding the proper size and scope

6    of the class list, and have invoked the Dispute Resolution Process described in paragraph

7    14 of the Stipulation to Class Action Settlement; and

8    WHEREAS, the parties are awaiting a decision on their dispute from the designated

9    dispute arbitrator; and

10    WHEREAS, Plaintiffs are unable to move for final approval of the Class Action

11    Settlement until the current dispute is resolved; and

12    WHEREAS, as soon as the dispute is resolved, the parties intend to submit an

13    additional Proposed Order to the Court requesting new deadlines and a hearing date;

14    NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and

15    between the parties to the above-captioned action, through their respective counsel, as

16    follows:

17    / / /

18    / / /

19    / / /

20    / / /

21    / / /

22    / / /

23    / / /

24    / / /

25    / / /

26    / / /

27    / / /

28    / / /

1        1.      Plaintiffs' Motion for Final Approval of Class Action Settlement is no longer

2   due on December 13, 2013.  The date for the Final Fairness Hearing, currently set for

3   December 27, 2013, is vacated.

4        2.      Upon resolution of the Dispute Resolution Process currently underway, the

5   parties will promptly submit a stipulation and proposed order to the Court proposing new

6   deadlines and a hearing date.

7            IT IS SO STIPULATED.

8

9   DATED:  December 3, 2013          ROSEN BIEN GALVAN & GRUNFELD LLP

10                                    By:  */s/ Gay Crosthwait Grunfeld*

11                                         Gay Crosthwait Grunfeld

12                                    Attorneys for Plaintiffs

13

14  DATED:  December 3, 2013          JEFFERS MANGELS BUTLER &
                                      MITCHELL LLP
15
                                      By:  */s/ An Nguyen Ruda*
16                                         An Nguyen Ruda

17                                    Attorneys for Defendants

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER VACATING DATES FOR FINAL APPROVAL OF SETTLEMENT

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

The Court, having reviewed the above Stipulation of the parties, and good cause appearing, hereby orders as follows:

Plaintiffs' Motion for Final Approval of Class Action Settlement is no longer due on December 13, 2013.  The date for the Final Fairness Hearing, currently set for December 27, 2013, is vacated.

Upon resolution of the Dispute Resolution Process currently underway, the parties will promptly submit a proposed order to the Court proposing new deadlines and a hearing date.

**IT IS SO ORDERED.**

DATED:   December 6, 2013



_____

Charles _____
Judge of _____ United States District Court

STIPULATION AND [PROPOSED] ORDER VACATING DATES FOR FINAL APPROVAL OF SETTLEMENT