IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE RAMIREZ ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> GHILOTTI BROS. INC. ET AL., <br><br> Defendants. | No. C 12-04590 CRB <br><br> **FINAL JUDGMENT AND ORDER OF DISMISSAL WITH PREJUDICE** |

The Court, having granted the Motion for Settlement (dkt. 108), and notwithstanding the Court's retention of jurisdiction to oversee implementation and enforcement of the final settlement agreement, enters final judgment and dismissal with prejudice.

**IT IS SO ORDERED**.

Dated: April 22, 2014

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE